IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| EASTON TECHNICAL PRODUCTS, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIRENOCK, LLC, an Illinois corporation, and DORGE O. HUANG, an individual<br><br>Defendants, | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME<br><br><br><br>Case No. 2:07-CV-559 TS |

The Court heard oral argument on Plaintiff's Motion for Temporary Restraining Order on October 1, 2007. The Court ordered both parties to respond in writing to Defendants' arguments that their products do not infringe on Claim 7 of the '642 Patent because the light source is visible only through the nock. Defendant Huang did not receive a copy of that Order. Defendant now request additional time to file a response. As Defendant did not receive the Court's October 1, 2007 Order requesting further briefing, the Court will permit Defendant additional time to file their brief.

1

It is therefore

ORDERED that Defendant's Motion for Extension of Time (Docket No. 19) is GRANTED. Defendants shall have until October 26, 2007, to file a response to the Court's October 1, 2007 Order.

DATED   October 22, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge