IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| EASTON TECHNICAL PRODUCTS, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIRENOCK, LLC, an Illinois corporation, and DORGE O. HUANG, an individual<br><br>Defendants, | MEMORANDUM DECISION AND ORDER DIRECTING DEFENDANT FIRENOCK TO APPOINT COUNSEL<br><br><br><br>Case No. 2:07-CV-559 TS |

This matter comes before the Court on its own motion. Defendant Firenock LLC ("Firenock"), purports to represent itself *pro se* by way of Dorge O. Huang. It has long been the law in the Tenth Circuit "that a corporation can appear in a court of record only by an attorney at law."[1] A corporation may not appear "through a non-attorney corporate officer appearing *pro se*."[2] Since Firenock is a corporation, it must be represented in this Court by an attorney at law. Since Mr. Huang is not a licensed attorney, he may not represent Firenock.

---

[1] *Flora Const. Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414 (10th Cir. 1962).

[2] *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556 (10th Cir. 2001).

1

It is therefore

ORDERED that Defendant Firenock appoint counsel to represent them in this matter within thirty (30) days of the issuance of this Order.

DATED   January 25, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge