IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| EASTON TECHNICAL PRODUCTS, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIRENOCK, LLC, an Illinois corporation, and DORGE O. HUANG, an individual<br><br>Defendants, | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME<br><br><br><br>Case No. 2:07-CV-559 TS |

Defendants seek additional time to respond to Plaintiff's Motion for Contempt. Plaintiff does not oppose the Motion, so long as it does not interfere with the March 3, 2008 hearing date. Plaintiff suggests that Defendants be given until February 25, 2008, to respond. The Court finds this to be reasonable.

It is therefore

ORDERED that Defendant's Motion for Extension of Time (Docket No. 42) is GRANTED. Defendants shall have until February 25, 2008, to respond to Plaintiff's Motion for Contempt. Plaintiff may file a reply brief by February 29, 2008. The Court will hear argument on the Motion on March 3, 2008, as previously scheduled.

DATED   January 25, 2008.

> BY THE COURT:
>
> _____
> TED STEWART
> United States District Judge